UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON MARSH,

                    Plaintiff,

        -against-

WILLIAM BLUM, et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 8372 (DEH) (SLC)

**ORDER OF SERVICE**

**SARAH L. CAVE**, United States Magistrate Judge:

Plaintiff, who is appearing pro se, brings this action invoking the Court's diversity jurisdiction. By order dated October 22, 2025, the Court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees. (Dkt. No. 7).

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants William Blum and Solomon Blum Heyman LLP (together, "Defendants") through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the amended complaint (Dkt. No. 9) is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for each Defendant, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail an information package to Plaintiff.

Dated:   November 12, 2025
         New York, New York

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. William Blum
   Solomon Blum Heymann LLP
   40 Wall Street, 35th Floor
   New York, NY 10005

2. Solomon Blum Heymann LLP
   40 Wall Street, 35th Floor
   New York, NY 10005