

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

**JONATHAN B. BRUNO**
PARTNER
(212) 455-9554
jonathan.bruno@rivkin.com

January 27, 2026

> The parties' request at Dkt. No. 28 is **GRANTED**. Plaintiff's deadline to respond to Defendants' motion to dismiss (Dkt. No. 23 (the "Motion")) is **EXTENDED** to **March 9, 2026**. Defendants' deadline to file their reply in further support of the Motion is **EXTENDED** to **March 23, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 28.
>
> SO ORDERED.    January 28, 2026
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

The Hon. Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:    *Marsh v. Blum et al.*, Case No. 1:25-cv-08372-DEH-SLC

Dear Judge Ho:

My firm represents Defendants William Blum and Solomon Blum Heymann, LLP ("Defendants") in the above-referenced matter. On January 24, 2026, Plaintiff *pro se* Sheldon Marsh ("Plaintiff") requested a 30-day extension of time to file his opposition to Defendants' Motion to Dismiss (Dkt # 23-27). Defendants have consented to Plaintiff's request.

Plaintiff's opposition is currently due February 6, 2026, and Defendants' reply is currently due February 13, 2026. The parties jointly request that Plaintiff's time to file opposition be extended to March 9, 2026, and Defendants' time to reply be extended to March 23, 2026.

Thank you for your consideration regarding this matter.

Respectfully Submitted,

RIVKIN RADLER LLP
*Attorneys for Defendants William Blum and*
*Solomon Blum Heymann, LLP*
/s Jonathan B. Bruno
Jonathan B. Bruno
477 Madison Avenue
New York, NY 10022
jonathan.bruno@rivkin.com

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333



January 27, 2026
Page 2

To:    Sheldon Marsh (via email and ECF)
       *Plaintiff Pro Se*

4899-4234-1514, v. 1