

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

**JONATHAN B. BRUNO**
PARTNER

March 4, 2026

> The parties' request at Dkt. No. 30 is **GRANTED**.  Plaintiff's deadline to respond to Defendants' motion to dismiss (Dkt. No. 23 (the "Motion")) is **EXTENDED** to **March 30, 2026**. Defendants' deadline to file their reply in further support of the Motion is **EXTENDED** to **April 20, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 30.
>
> SO ORDERED.    March 5, 2026
>
> _Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

The Hon. Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Marsh v. Blum et al.*, Case No. 1:25-cv-08372-DEH-SLC

Dear Judge Ho:

My firm represents Defendants William Blum and Solomon Blum Heymann, LLP ("Defendants") in the above-referenced matter.  On February 27, 2026, Plaintiff *pro se* Sheldon Marsh ("Plaintiff") requested an extension of time to file his opposition to Defendants' Motion to Dismiss (Dkt # 23-27).  Defendants have consented to Plaintiff's request.  This is Plaintiff's second request for an extension of time.  A prior request to extend the time to file was granted on January 28, 2026 (Dkt. #29).

Plaintiff's opposition is currently due March 9, 2026 and Defendants' reply is currently due March 23, 2026.  The parties jointly request that Plaintiff's time to file opposition be extended to March 30, 2026, and Defendants' time to reply be extended to April 20, 2026.

Thank you for your consideration regarding this matter.

Respectfully Submitted,

RIVKIN RADLER LLP
*Attorneys for Defendants William Blum and*
*Solomon Blum Heymann, LLP*
/s Jonathan B. Bruno
Jonathan B. Bruno
477 Madison Avenue
New York, NY 10022
jonathan.bruno@rivkin.com

---

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333



March 4, 2026
Page 2


To:     Sheldon Marsh (via email and ECF)
        *Plaintiff Pro Se*

4936-2953-1795, v. 1