UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON MARSH,

                Plaintiff,

        -against-

WILLIAM BLUM, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 8372 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

On May 17, 2026, Plaintiff Sheldon Marsh ("Mr. Marsh") filed a motion for sanctions against counsel for Defendants William Blum and Solomon Blum Heymann LLP (together "Defendants"). (Dkt. No. 59 (the "Motion")). On May 29, 2026, Defendants filed their opposition to the Motion. (Dkt. No. 64). On June 12, 2026, Mr. Marsh filed his reply. (Dkt. Nos. 66–69). The Motion is now fully briefed and no further submissions are required. The Court will issue a decision on the Motion in due course.

Dated:      New York, New York
            June 17, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge