June 22, 2026

Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Marsh v. Blum, No. 1:25-cv-08372-DEH-SLC

> Plaintiff's request at Dkt. No. 71 is **GRANTED IN PART**. The oral argument on Defendants' motion to dismiss (Dkt. No. 23) and Plaintiff's motion to amend (Dkt. No. 37) scheduled for June 25, 2026 at 2:15 p.m. ET (Dkt. No. 63) is **ADJOURNED** to **July 17, 2026 at 2:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time
>
> The Clerk of Court is respectfully directed to close Dkt. No. 71.
>
> SO ORDERED.    June 25, 2026
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

### Plaintiff's Letter-Motion for Adjournment of Oral Argument

Dear Judge Cave:

Plaintiff respectfully submits this Letter-Motion to request an adjournment of the oral argument on the motion to dismiss (Dkt. No. 23) and the motion to amend (Dkt. No. 37), currently scheduled for June 25, 2026 at 2:15 p.m. As required by the Court's Individual Practices, Plaintiff states the following:

1. The original date of the proceeding is June 25, 2026 at 2:15 p.m.

2. This is Plaintiff's first request for an adjournment of this proceeding.

3. No previous request has been made, and accordingly none has been granted or denied.

4. The reason for this request is that Plaintiff requires additional time to prepare for oral argument.

5. Plaintiff consulted Defendants' counsel by email on June 21, 2026 regarding this request, and Defendants consent to the requested adjournment.

In accordance with the Court's Individual Practices, Plaintiff proposes the following two alternative dates, on which Plaintiff is available, for the adjourned oral argument: August 19, 2026 and August 20, 2026.

Respectfully submitted,

_Sheldon A. Marsh_
Sheldon Marsh
Plaintiff Pro Se
17 Type Rd
South Windham, CT 06266
P.O. Box 017

South Windham, CT 06266
860-208-7391
forkoil10@gmail.com