UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON MARSH.,

Plaintiff,

-against-

WILLIAM BLUM, ET AL.,

Defendants.

25 CIVIL 08372 (DEH)(SLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated September 16, 2026, the First Amended Complaint is DISMISSED WITH PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York
September 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**